FRANCIS E. DANA, Receiver, etc., Respondent, *v.* HENRY D. OWEN, Assignee, etc., Appellant.

(Argued March 12, 1873; decided June term, 1873.)

THIS action was brought by plaintiff, as receiver of the property and effects of the firm of Wilson & Co., to reach a

fund in the hands of defendant Owen, as assignee of the firm of Barney & Co., which is also claimed by defendant Tuck. Barney & Co. were indebted to Wilson & Co. for $3,000, confidential loans; with the view of making a payment thereon, the former firm borrowed of the latter their note for $2,000, upon which they were to procure the money and pay it to Wilson & Co., Barney & Co. to care for the note when due. They procured the money thereon of defendant Tuck, but, instead of paying it to Wilson & Co., used it. Both firms failed. Barney & Co. made an assignment to defendant Owen for the benefit of creditors, preferring Wilson & Co. $2,000 for borrowed money. Owen declared a dividend of fifty per cent, which was the fund in question. *Held*, that plaintiff was entitled to the dividend.

*Rowland M. Hall* for the appellant.

*A. H. Dana* for the respondent.

REYNOLDS, C., reads for affirmance.
All concur; LOTT, Ch. C., not sitting.
Judgment affirmed.